AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| United States of America<br>v.<br><br>NICHOLAS WALKER<br>*Defendant* | )<br>)<br>) Case No. 10-MJ-01020-MJW<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* NICHOLAS WALKER,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

in violation of Title 18, United States, Code, Section 2113(a)
Bank Robbery

Date: February 1, 2010 at 10:18 AM

City and state: Denver, Colorado

*Issuing officer's signature*

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO

### Return

| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____. | RETURNED UNEXECUTED PER:<br>___ Indictment<br>___ Court Appearance<br>___ Collateral Forfeiture<br>___ Dismissed<br>___ Other: _____<br>DATE: 2/23/10<br>BY: _____ |
|---|---|
| Date: _____ | |